UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CALDERON SILVA,<br>　　　　　Petitioner,<br>　　v.<br>J.F. SALAZAR, Warden,<br>　　　　　Respondent. | Case No. EDCV 07-650 MMM(JC)<br>(PROPOSED)<br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 29, 2011

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE